Order issued October 8, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00209-CV

## INTERSTATE 35/CHISAM ROAD, L.P. AND
## MALACHI DEVELOPMENT CORPORATION, Appellants

### V.

## MEHRDAD MOAYEDI, Appellee

## ORDER

The Motion for Rehearing and Motion for Rehearing En Banc filed by appellee is hereby DENIED.

DOUGLAS S. LANG
JUSTICE